NUMBER 13-06-466-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


__________________________________________________________________

 

IN RE: MONICA MICHELENA AND FELA B. OLIVAREZ 


__________________________________________________________________


On Petition for Writ of Mandamus

__________________________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Rodriguez and Garza


Per Curiam Memorandum Opinion (1)



 Relators, Monica Michelena and Fela B. Olivarez, filed a petition for writ of
mandamus in the above cause on August 23, 2006. Real party in interest, Robert
Michelena, filed a response on September 20, 2006. The Court, having examined and
fully considered the petition for writ of mandamus with exhibits and the response with
appendix, is of the opinion that relators have not shown themselves entitled to the
relief sought. Accordingly, relators' petition for writ of mandamus is denied. See Tex.
R. App. P. 52.8(a).

 PER CURIAM


Memorandum Opinion delivered and filed

this 22nd day of September, 2006.

 
1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but
is not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).